BARNES and Another *v.* MCALILLY.

Nov. Term,
1854.

GAFNEY
v.
REEVES.

Points raised by the record may be treated as having been waived by the appellant, under a rule of the Supreme Court, by a neglect to file a brief.

APPEAL from the *Warren* Court of Common Pleas.

*Tuesday, December* 19.

*Per Curiam.*—Complaint on note. Judgment by default for the plaintiff. The only point raised by the record, if indeed it is, relates to the time of the service of process. The Court below was satisfied that it had been served ten days before Court. So says the record.

Were there really anything in the point, we might treat it as waived, there being no brief in the case (1).

The judgment is affirmed, with 1 per cent. damages and costs.

*J. R. M. Bryant,* for the appellants.

*L. Barbour* and *A. G. Porter,* for the appellee.

(1) See note to *Howard* v. *Cobb, ante,* p. 5.